In the Matter of the Claim of ANNA M. SCHULTZ, Appellant, against THE BEAVER PRODUCTS COMPANY, INC., Respondent.

THE STATE INDUSTRIAL BOARD, Respondent.

(Argued February 11, 1929; decided March 19, 1929.)

*John F. Ryan* for appellant.

*William M. Fay* for defendant, respondent.

*Hamilton Ward, Attorney-General (E. C. Aiken* of counsel), for State Industrial Board, respondent.

Order affirmed; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.